UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 20 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

PETER STROJNIK, Sr.,

    Plaintiff - Appellant,

v.

BUFFALO WILD WINGS, LLC,

    Defendant - Appellee.

No. 22-55439

D.C. No. 3:22-cv-00440-TWR-MDD
U.S. District Court for Southern
California, San Diego

**MANDATE**

The judgment of this Court, entered August 16, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7